APRIL 19, 1940

**No. 43572.**—SUIT 4242.— —*United States* v. *Horni Signal Mfg. Co., Inc.* Abstract 40039 reversed. C. A. D. 106.

**No. 43573.**—SUIT 4275.——*United States* v. *Standard Oil Co. of California.* Abstract 41576 reversed. C. A. D. 108.

**No. 43574.**—SUIT 4291.——*Raybestos Manhattan, Inc.* v. *United States.* C. D. 175 affirmed. C. A. D. 109.

BEFORE THE FIRST DIVISION, APRIL 25, 1940

**No. 43575.**—Protest 829216–G of W. X. Huber Co. (Los Angeles).

Opinion by BROWN, J. On the record presented it was held that the collector took duty on a weight of 5,075 pounds of the beans in question, whereas the actual weight was 4,098. As to that question the protest was sustained. The record not establishing what the article classified as edible gelatin is, that claim was overruled.

BEFORE THE SECOND DIVISION, APRIL 25, 1940

**No. 43576.**—Protest 992177–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 38680 and 42749 the savings banks in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43577.**—Protest 982965–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43578.**—Protests 969016–G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43579.**—Protests 970833–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.